**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6979**

———————

JERNARD AKINS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; DEPARTMENT OF
JUSTICE; FEDERAL BUREAU OF PRISONS; HARRY G.
LAPPIN, Director; ASSOCIATE WARDEN OF EVANS
CORRECTIONAL INSTITUTION; TYRONE ALLEN,
Associate Warden; ROBERT MCLAFFERTY, Special
Agent; STEVEN PRICE, Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(3:04-cv-23200-MBS)

———————

Submitted: September 26, 2006      Decided: October 2, 2006

———————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jernard Akins, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jernard Akins appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), without prejudice for failure to exhaust administrative remedies. Akins also appeals the district court's order denying his subsequent Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Akins v. United States, 3:04-cv-23200-MBS (D.S.C. filed Mar. 22, 2006 & entered Mar. 23, 2006; filed May 1, 2006 & entered May 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED